IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMAR BOYKINS,** <br>                    **Plaintiff,** <br><br> v. <br><br> **SEPTA,** <br>                    **Defendant.** | **CIVIL ACTION** <br><br><br><br> **NO.  22-4447** |

# O R D E R

**AND NOW**, on this 26th day of September, 2025, upon review of Defendant Southeastern Pennsylvania Transportation Authority's ("Defendant") Motion for Summary Judgment (ECF No. 23) on all counts of Plaintiff Jamar Boykins' ("Plaintiff") Complaint (ECF No. 1), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

                                                            BY THE COURT:

                                                            /s/ Kelley B. Hodge
                                                            _____
                                                            **HODGE, KELLEY B., J.**